✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF **NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GEORGE LOVELL | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**<br><br>CASE NUMBER:   2:12-mj-0006-PAL<br><br>CHARGING DISTRICTS<br>CASE NUMBER:   12-0013M |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the **Central** District of **California**; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the **(Not Applicable)**
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) on _____.
*Date and Time*

_____
*Signature of Judge*

1/06/2012                                                    PEGGY A. LEEN, United States Magistrate Judge
*Date*                                                             *Name and Title of Judge*